# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-3189

———————————————

ISLANDVIEW BEACH
HOMEOWNER'S ASSOCIATION,
INC.,

    Petitioner,

v.

JENA L. SWEENEY and MICHAEL
D. SWEENEY,

    Respondents.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

April 2, 2019

PER CURIAM.

DENIED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Alan R. Horky and Courtney F. Smith of Cole, Scott & Kissane, P.A., Pensacola, for Petitioner.

J. Bruce Bowman of Conerly Bowman, Destin, for Respodents.